No. 348. SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Counsel are invited to discuss, among other things, the power of the District Court to dismiss, and the propriety of its dismissal of, petitioner's complaint, under Rule 37 (b)(2) of F. R. C. P., for *failure* to obey its order, for production of documents, issued under Rule 34 of F. R. C. P., in the absence of evidence and of finding that petitioner "refuses to obey" such order. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Roger J. Whiteford* and *John J. Wilson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls, Sidney B. Jacoby* and *Ernest S. Carsten* for respondents.

No. 10, Misc. JOSEPH ET AL. *v.* INDIANA. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Indiana granted limited to the question of admissibility of the confession. Petitioners *pro se. Edwin K. Steers,* Attorney General of Indiana, and *Robert M. O'Mahoney,* Deputy Attorney General, for respondent.

No. 40, Misc. EUBANKS *v.* LOUISIANA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Louisiana granted. *Leopold Stahl* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, and *Leon D. Hubert, Jr.* for respondent.